IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

RECEIVED
SEP 28 2016
OFFICE OF JAMES K. BREDAR
U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA
(PLAINTIFF)

v.                                        CASE NO.: JKB-15-539

TERRY LANGFORD
(Defendant)

## DEFENDANTS MOTION TO REPRESENT HIMSELF PRO SE AND DISCHARGE COUNSEL

Comes Now The Defendant TERRY LANGFORD who motions this Court to discharge my CJA Counsel and to Represent Myself Pro Se. In Support of My Motion I submit the following:

1. I have a Constitutional Sixth Amendment Right to Self Representation.

2. That Constitutional Right is being hindered by The Appointment of my CJA Counsel Mr. MONTEMARANO.

-1-

3. My current trial date is more then 6 weeks away giving me adequate time to prepare my defense, subpoena witnesses, review discovery and file any additional motions.

4. My current CJA Counsel should be discharged and my appointment to pro se status granted as a conflict of intrest has emerged.

5. As I am fully aware, prepared and willing to represent myself I invoke that right.

Wherefore in consideration of all said I humbly move this court to discharge counsel and to proceed pro se.

Respectfully Submitted,

*Terry Langford*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendants Motion to Represent Himself Pro Se and Discharge Counsel was mailed first class pre paid postage this __23__ day of __Sept__ 2016 TO:

Office of the AUSA
c/o AUSA Mr. Z. Myers
36 South Charles Street
4th Floor
Baltimore MD 21201

AND

Micheal D. Montemarano
10630 Little Patuxent Pkwy
Suite 146
Columbia MD 21044

Terry Langford