IN THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF MARYLAND

UNITED STATES of AMERICA
(Plaintiff)

v.       CASE NO# JKB-15-0539

TERRY LANGFORD, PRO SE
(Defendant)

CERTIFICATE OF SERVICE

I Humbly certify that a copy of Defendants Pro Se Notice of Appeal was mailed first class postage pre paid this 31st day of AUG 2017 to:

1). MS. JULIE M. Reamy Atty
1 South Street
STE 2125
Balti MD 21202

2) Office of U.S Atty
C/O AUSA MS. J. McDonald
C/O AUSA MR Z. MYERS
36 South Charles Street
STE 400
Balti MD 21201

Terry Langford
TERRY LANGFORD, PRO SE

FILED ENTERED
LOGGED RECEIVED
SEP 18 2017
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA
(PLAINTIFF)

v.   CASE # JKB-15-0539

TERRY LANGFORD, PRO SE
(Defendant)

## DEFENDANTS PRO SE NOTICE OF APPEAL

Dear Sir/Madame Clerk;

Please enter a Notice of Appeal to the Fourth Circuit Court of Appeals for the Final Judgement entered in the above captioned criminal case number entered on August 30, 2017.

Thank you in advance.

Respectfully,

Terry Langford, Pro Se
Aug 31, 2017

Larry Bush #355894  
C.T.F  
1901 E Street S.E  
Washington DC 20003

LOGGED ___ ✓ RECEIVED  
SEP 18 2017  
AT BALTIMORE  
CLERK, U.S. DISTRICT COURT  
DISTRICT OF MARYLAND  
BY ___ DEPUTY

United States District Court Maryland  
C/o Clerk (Criminal Div)  
101 W. Lombard Street  
Baltimore MD 21201